JS 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LILIYA KISLIUK and JESSE CRICK, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ADT SECURITY SERVICES, INC., a Delaware Corporation;<br><br>　　　　　　Defendant. | Case No.:  CV08-03241 DSF (RZx)<br><br>CLASS ACTION<br><br>**JUDGMENT AND ORDER OF DISMISSAL WITH PREJUDICE** |

# JUDGMENT AND ORDER

The Court has entered Orders granting final approval of the class action settlement described in the Joint Stipulation of Class Action Settlement ("Settlement" or "Settlement Agreement") between Plaintiffs Liliya Kisliuk and Jesse Crick and ADT Security Services, Inc. (collectively the "Parties") and awarding Class Representative Enhancement Payments and fees and costs.

**GOOD CAUSE APPEARING, IT IS ORDERED AND ADJUDGED THAT:**

1. The Court enters judgment in accordance with its Orders and orders that the Lawsuit be dismissed on the merits with prejudice on a class-wide basis in accordance with the terms of the Settlement Agreement. This document shall constitute a final judgment for purposes of Rule 58 of the Federal Rules of Civil Procedure.

2. All Class Members, except those who timely opted out of the settlement or who were deemed opted out of the settlement pursuant to the Settlement Agreement, are bound by the instant Judgment and Order of Dismissal with Prejudice and by the terms of the Settlement Agreement, including the Release of Claims described in the Settlement Agreement.

3. Without affecting the finality of the Settlement or the Judgment in any way, the Court shall retain exclusive and continuing jurisdiction over this Lawsuit and the Parties, including all Class Members, for the purposes of monitoring compliance with and performance of the Settlement.

**IT IS SO ORDERED.**

Dated: _____ 1/10/11

_____
Honorable Dale S. Fischer
Judge, United States District Court